IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LINDA S. CLEVELAND, )<br>    Defendant, )<br>)<br>and )<br>)<br>ALEXANDER PLANNING ASSOCIATES, INC., )<br>    Garnishee. ) | CASE NO. 3:01CV448<br>(Financial Litigation Unit) |

ORDER OF CONTINUING GARNISHMENT

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ, they had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

The plaintiff is entitled to a wage garnishment of 25% of the defendant's net income and has satisfied the prerequisites. *See* 15 U.S.C. §1673.

IT IS ORDERED that the garnishee pay the plaintiff 25% of the defendant's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

Payments should be made payable to the United States Department of Justice and mailed to the United States Attorney's Office, Financial Litigation Unit, 227 West Trade Street, Suite 1650, Charlotte, North Carolina 28202.

In order to ensure that each payment is credited properly, please include the following information on each check: Court Number 3:01CV448-MU, District Number: 058.

## CERTIFICATE OF SERVICE

I certify that on August 15, 2005, the foregoing proposed Order of Continuing Garnishment was served upon the parties listed below by electronic mail and/or mailing a copy thereof, postage prepaid and properly addressed at the last known address as follows:

Linda S. Cleveland
6316 Wilson Grove Road
Charlotte, NC 28227

Alexander Planning Associates, Inc.
216 McDowell Street #206
Charlotte, NC 28204

GRETCHEN C.F. SHAPPERT, UNITED STATES ATTORNEY
s/ Jennifer A. Youngs
Assistant United States Attorney
NCSB# 23925
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Ph: (704) 344-6222
Fx: (704) 344-6629
Jennifer.Youngs@usdoj.gov

**Signed: August 17, 2005**

Graham C. Mullen
Chief United States District Judge